UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.   8:22-cr-259-WFJ-AEP
18 U.S.C. § 371
18 U.S.C. § 951

ALEKSANDR VIKTOROVICH IONOV
    a/k/a "Alexander Ionov,"
    a/k/a "Sasha,"
YEGOR SERGEYEVICH POPOV,
    a/k/a "Egor,"
    a/k/a "Yegorka,"
ALEKSEY BORISOVICH SUKHODOLOV,
    a/k/a "Borisych,"
    a/k/a "AB,"
    a/k/a "X2,"
OMALI YESHITELA,
    a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
    a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
    a/k/a "Gazi Kodzo"



SEALED

## O R D E R

The Motion to Seal Superseding Indictment and Related Documents filed by

the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Superseding Indictment in this cause

except when necessary to provide certified copies of the Superseding Indictment to

the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's

Office that the United States Marshals Service is to release a certified copy of the

arrest warrant to the case agent or other appropriate law enforcement and/or to the

United States Attorney's Office without further order of the Court. It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, and that the United States may disclose the Superseding Indictment and arrest warrants to state and local law enforcement to the extent necessary to bring into federal custody any defendants who are currently in state or local custody without further order of the Court.

It is further ordered that the United States may disclose the existence of the Superseding Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendants, or to counsel for the defendants in order to arrange a self surrender of the defendants.

The Clerk is further ordered to unseal all documents relating to the Superseding Indictment upon the arrest of the first defendant or further order of this court.

DONE AND ORDERED at Tampa, Florida, this __13__ day of April, 2023.

HON. ~~ANTHONY E. PORCELLI~~ Christopher P. Tuite
United States Magistrate Judge