# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA			CASE NO: 8:22-cr-259-WFJ-AEP

v.

AUGUSTUS C. ROMAIN, JR.,
_____/

## MOTION FOR COSTS OF HARD DRIVE

COMES NOW the Defendant, AUGUSTUS ROMAIN, by and through his undersigned attorney, and moves this Honorable Court to enter an Order authorizing costs for a 20 TB hard drive and alleges as follows:

1. The discovery in this case is extensive. Accordingly, the Defendant was informed by the Government that a 20 TB hard drive needed to be provided.
2. The cost of said hard drive is approximately $350.
3. The undersigned counsel is court-appointed because the Defendant is indigent.

WHEREFORE, the Defendant prays that his Motion be granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Motion for Costs of Hard Drive* with the Clerk of Court (CM-ECF) by using the CM-ECF system which will send a notice of electronic filing to all counsel of record on the 5th day of July, 2023.

Respectfully submitted,

/s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQUIRE
DANIEL M. HERNANDEZ, P.A.

902 N. Armenia Avenue
Tampa, Florida   33609
(813) 875-9694
Email: info@danielmhernandezpa.com
Attorney for Defendant
Florida Bar Number 229733