# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA          CASE NO: 8:22-cr-259-WFJ-AEP

v.

AUGUSTUS C. ROMAIN, JR.,
_____/

## MOTION TO ADOPT CO-DEFENDANT'S MOTION TO DISMISS INDICTMENT

COMES NOW the Defendant, AUGUSTUS ROMAIN, by and through his undersigned attorney, and moves this Honorable Court to enter an Order allowing the Defendant to adopt as his own the Motion to Dismiss and brief filed by counsel for co-defendant, Penny Hess. As grounds for said motion, the following is alleged:

1. The Defendant, AUGUSTUS ROMAIN, was indicted with 6 co-defendants in a 2- count indictment charging a violation of 18 U.S.C. 951(a) and 18 U.S.C. 371.

2. Mr. Romain believes that the Government's evidence against Mr. Romain and his co-defendants will be substantially similar.

3. Mr. Romain desires to adopt the Motion to Dismiss Indictment, filed by counsel for Penny Hess, as his own in order to obviate the need to duplicate any requests that would unnecessarily congest the Court's file.

WHEREFORE, the Defendant prays that his Motion be granted, and requests the Court to enter an Order allowing him to adopt the Motion to Dismiss Indictment filed by co-defendant, Penny Hess.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Motion to Adopt Co-Defendant's Motion to Dismiss Indictment* with the Clerk of Court (CM-ECF) by using the CM-ECF system which will send a notice of electronic filing to all counsel of record on the 3rd day of August, 2023.

Respectfully submitted,

/s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQUIRE
DANIEL M. HERNANDEZ, P.A.
902 N. Armenia Avenue
Tampa, Florida 33609
(813) 875-9694
Email: info@danielmhernandezpa.com
Attorney for Defendant
Florida Bar Number 229733

# EXHIBIT "A"