Filed with the Classified
Information Security Officer
CISO
Date   12/7/23

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>OMALI YESHITELA,<br>PENNY HESS,<br>JESSE NEVEL, and<br>AUGUSTUS C. ROMAIN, JR. )<br><br>Defendants. ) | Case No. 8:22-cr-259-WFJ/AEP |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA,* UNDER SEAL MOTION AND MEMORANDUM OF LAW IN SUPPORT OF PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**