UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 8:22-cr-00259-WFJ-AEP

AUGUSTUS C. ROMAIN, JR.

       Defendant
_____/

# MOTION TO WITHDRAW AS STAND-BY COUNSEL AND COUNSEL OF RECORD DUE TO MEDICAL CONFLICT

COMES NOW, Attorney Ronald J. Kurpiers, II, Attorney-At-Law has been appointed by this Honorable Court under the Criminal Justice Act as Stand-by counsel and hereby files his Motion to Withdraw as counsel of record due to a Medical Conflict. In support of said, Motion to Withdraw, counsel states as follows:

1. On April 13, 2023, Defendant Romain was charged by Superseding Indictment with Conspiring to act as agents of the Russian government with notification to the Attorney General, in violation of 18 U.S.C. §§371 and 951 (Doc. 12). Mr. Romain has pled not guilty.

2. At some point after his arraignment and initial appearance, Attorney Daniel Hernandez was appointed CJA Counsel for the Defendant.

3. On or about January 16, 2024, the Defendant filed a Motion for Miscellaneous Relief, specifically to discharge his court-appointed counsel (Doc. 150).

4. On or about January 25, 2024, the Defendant filed an additional Motion for Miscellaneous Relief to discharge his court-appointed counsel and appear pro se. (Doc. 158).

5.      On February 1, 2024, this Honorable Court held a hearing on Defendant's Motions and granted the same. On this same date, this Honorable Court appointed Undersigned counsel as stand-by counsel to assist the Defendant.

6.      On February 5, 2024, Undersigned counsel traveled to Citrus County Detention Center and met with Mr. Romain for some time and explained the representation going forward.

7.      This past weekend, undersigned counsel received a call from the mother of Mr. Romain indicating Mr. Romain now wishes for undersigned counsel to become his full-time counsel in this matter.

8.      Unfortunately, due to the size and scope of this indictment and the voluminous discovery, as well as the demands of this defendant and this trial, undersigned counsel is physically unable to continue in his position a counsel for the Defendant.

9.      Two (2) weeks ago, undersigned counsel was diagnosed with gallbladder cancer and is in the beginning process of daily radiation and chemo treatment with the hope of eventual surgery to address this serious issue. That treatment is said to last approximately 6 to 7 weeks depending and level of success. Undersigned counsel has been very ill for the past two (2) months with no diagnosis until now. This diagnosis does not and will not allow counsel to proceed with this representation at this time in complete fairness to the Defendant.

    THEREFORE, undersigned counsel is respectfully requesting this matter be reassigned to other CJA Counsel who can provide the time and attention to this complex criminal matter.

*/s/ Ronald J. Kurpiers, II,*
Ronald J. Kurpiers, II, Esq.
Florida Bar No.: 0567140
Kurpiers Law Firm, PA
805 W. Azeele Street
Tampa, FL 33606
Tel:     813-892-8501
Fax:    813-936-4773
Email: *kurpierslaw@gmail.com*
*Attorney for Defendant*

DATED: May 13, 2024

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished by CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing all counsel of record, this 13th day of May 2024.

*/s/ Ronald J. Kurpiers, II,*
Ronald J. Kurpiers, II, Esq.
Florida Bar No.: 0567140
Kurpiers Law Firm, PA
805 W. Azeele Street
Tampa, FL 33606
Tel:     813-892-8501
Fax:    813-936-4773
Email: *kurpierslaw@gmail.com*
*Attorney for Defendant*