Menu

*Tampa Bay Times*

Subscribe

ADVERTISEMENT

NEWS / ST. PETERSBURG

# Lisa Wheeler-Bowman easily wins re-election in St. Pete's District 7 council race

The incumbent won by the widest margin of any of the St. Petersburg City Council races on Tuesday's ballot.

   

St. Petersburg City Council District 7 member Lisa Wheeler-Bowman, right, waves to passing motorists with her husband Lynnie Bowman, outside of the Coliseum in St. Petersburg on Tuesday. She won re-election. [ SCOTT KEELER | Tampa Bay Times ]

By **Josh Solomon** *Former Times Reporter*

...9 | Updated Nov. 6, 2019

ST. PETERSBURG — Incumbent City Council member Lisa Wheeler-Bowman easily won re-election Tuesday over challenger Eritha "Akile" Cainion in District 7.

She collected 82 percent of the vote against opponent Eritha "Akile" Cainion to retain her seat in the predominantly black District 7, near the Gulfport border.


Donate

Case 8:22-cr-00259-WFJ-AEP Document 329-4 Filed 08/21/24 Page 2 of 5 PageID 1459

Menu

𝕿𝖆𝖒𝖕𝖆 𝕭𝖆𝖞 𝕿𝖎𝖒𝖊𝖘

Subscribe

**RELATED:** Two distinct views of St. Petersburg mark District 7 council race

"I am honored to have been re-elected to the St. Petersburg City Council as the Councilmember for District 7," Wheeler-Bowman said in a statement. "I'm so grateful that I get to continue doing the work I love for another four years. I want to thank everyone who voted for me, all my supporters who knocked doors, made phone calls, and contributed to my campaign, and of course, my family and friends. Together, we will continue to make St. Petersburg a better place for everyone."

ADVERTISEMENT

The race for District 7 featured candidates with two starkly different views of the city. Wheeler-Bowman, who was backed by Mayor Rick Kriseman and nearly all her colleagues on the council, believes the city is taking the right approach in tackling issues such as affordable housing and repairing the sewage system.

She touted the accomplishments of her first term, including a commitment to spend $15 million of Penny for Pinellas funds over the next 10 years to buy land that can be turned over to developers to build affordable housing. She also supports a plan released over the summer by Kriseman, his "For All, From All" affordable housing plan, which commits $60 million over the next 10 years to create and preserve 2,400 units of affordable homes.

St. Petersburg City Council candidate Eritha "Akile" Cainion, left, could not unseat incumbent District 7 ...a Wheeler-Bowman. [ SCOTT KEELER | Times ]

...rast, characterized the city as monopolized by developers and succumbing to gentrification to the detriment of the black community. A member of the International People's Democratic Uhuru Movement, she ran a campaign about securing reparations to the city's black community, mainly through the redevelopment of the 86-acres underneath the Tropicana Field site.



Donate

ADVERTISEMENT

## Tampa Bay Times

Subscribe

All council members serve four-year terms and make $49,281 annually. Wheeler-Bowman will be sworn in for her second term in January.

## 2019 ST. PETERSBURG ELECTION RESULTS

**DISTRICT 1:** Robert Blackmon handily wins St. Pete City Council District 1 race

**DISTRICT 3:** St. Pete council member Ed Montanari holds off District 3 challenger

**DISTRICT 5:** Deborah Figgs-Sanders takes razor-thin win in St. Pete's District 5 council election

**BALLOT QUESTIONS:** St. Petersburg voters give big thumbs up to referendum questions

**UP NEXT:** Deborah Figgs-Sanders takes razor-thin win in St. Pete's District 5 council election

**JOSH SOLOMON**
Former Times Reporter

## MORE FOR YOU

### St. Petersburg man wins $1M from scratch-off ticket from butcher shop

1 hour ago
• St. Petersburg

### Florida regulators approve Duke Energy deal for smaller rate hikes on electric bills

3 hours ago
• Business

A D V E R T I S E M E N T

### DeSantis admin wants to put golf courses, pickleball courts and more in Florida state parks

5 hours ago
• Environment

### 6 places to see manatees in Tampa Bay, including a new Clearwater spot

Earlier today
• Things To Do

**November election**

Yesterday
• Elections

### Florida primary in Tampa Bay: November challenges set after mild turnout

Yesterday
• Elections

Donate

• Environment

• News

**Parents of St. Petersburg boy killed in boat crash sue parents of teen driver**

Yesterday

• St. Petersburg

**How will parking work at the new Tampa Bay Rays stadium? Good question**

Yesterday

• St. Petersburg

A D V E R T I S E M E N T

A D V E R T I S E M E N T

A D V E R T I S E M E N T

Donate

Menu

*Tampa Bay Times*

Subscribe

    

## Contact

Help Chat    Customer Service    Submit a News Tip    Contact

## Account

Digital access    Home delivery    Newsletters    Manage my account    Donate    Subscriber FAQ    e-Newspaper FAQ    e-Newspaper App FAQ

## About

Times Publishing Company    About us    Connect with us    Careers

## Advertise

Times Total Media    Media Kit    Place an ad    Public Notices    Classifieds    Best of the Best    Local Ads



## Shop

Champa Bay Shop    Bucs Hardcover Book    Lightning Hardcover Book    Photo Reprints    Article Reprints    Article Licensing    Historic Front Pages

Meeting Backgrounds

## More

News in Education    Expos    Homes    Sponsored Content    Special Sections    Apps    Podcasts    Archives

© 2024 All Rights Reserved

**Times Publishing Company**

Privacy Policy