8/21/24, 4:50 PM
Case 8:22-cr-00259-WFJ-AEP    Document 229-9    Filed 08/21/24    Page 1 of 4 PageID
Debate over SDSU speakers ignites outrage
1512

 

Menu  🔍                                          🖥 Watch Now

Quick links...  ⌄

**NEWS** > **LOCAL NEWS**

# Debate over San Diego State speakers ignites hate speech outrage



Debate over speakers at San Diego State has sparked outrage over hate speech on campus.

 

Posted 8:05 PM, Feb 19, 2020 and last updated 8:13 PM, Feb 19, 2020

SAN DIEGO (KGTV) - The debate over whether controversial guest speakers should be invited to a summit on reparations at San Diego State University re-erupted Wednesday after several protesters at a rally in favor of the invitations used anti-Semitic tropes that some witnesses called hate speech.

"We're all open to objective research on any given topic," Professor Risa Levitt told 10News. "But when hate speech enters the dialogue at a university that touts itself as being a leader in openness, acceptance, and diversity, then I think you do run into a problem."

Read More

00:00                                                                02:00

In 2019, the university agreed to fund a summit organized by students to explore the issues of reparations and slavery. One name floated as a potential speaker was Ava Muhammad, a spokesperson for the Nation of Islam who has been accused of anti-Semitism. When her name was suggested, a video was circulated showing her refer to Jews as "parasites" who taught Americans how to oppress freed slaves after the Civil War.

When professors spoke out to suggest her invitation would be a mistake, the university said Muhammad would no longer be considered, explaining that the students in charge of the summit had decided she would not be invited.

8/21/24, 4:50 PM
Case 8:22-cr-00259-WFJ-AEP    Document 229-9    Filed 08/21/24    Page 3 of 4 PageID 1514
Debate over SDSU speakers ignites outrage

Wednesday's protest was held by the African People's Socialist Party and did not, according to organizers, include SDSU students as speakers, although one professor did speak. They made the case that no summit about reparations would be complete without another controversial leader accused of anti-Semitic remarks, Omali Yeshitela, chairman of the African People's Socialist Party. Yeshitela has previously been a guest speaker at SDSU.

However, witnesses to the protest were disturbed by some of the language used, especially suggestions that rich Jewish people secretely run the university. One protestor called on students to boycott the summit to "...send a message to SDSU and their Zionist masters that we stand with Minister Ava and Chairman Omali."

"A synagogue was shot 45 minutes from where we are right now," said SDSU student Dylan Meisner, referring to the deadly 2019 shooting at Chabad of Poway. "The argument is we cannot have people coming on campus who are going to say things that directly incite violence against Jewish people."

Meisner says most students support free speech and believe that student groups are free to hear from whomever they want. However, he says this is different because the summit is funded by SDSU.

"I personally was concerned, and I know many other students on campus were concerned, about the use of our tuition dollars being used to pay for a speech of people who have incited hatred against Jewish people in the past," Meisner said.

A spokesperson for San Diego State says any characterization that the university banned, disallowed, or uninvited any speaker on the topic of reparations and slavery is incorrect. She says the details about the summit were only recent submitted by the student organizers and that those plans are currently going through the approval process.

Copyright 2020 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Debate over SDSU speakers ignites outrage

Sign up for the **Breaking News Newsletter** and receive up to date information.

E-mail

Submit



**Free Books for Students!**

  

News    Weather    Sports    Entertainment
Don't Waste Your Money    Support



Scripps Local Media

© 2024 Scripps Media, Inc

*Give Light and the People Will Find Their Own Way*

Sitemap    Do Not Sell My Info    Privacy Policy
Privacy Center    Journalism Ethics Guidelines    Terms of Use
EEO    Careers    FCC Public File    FCC Application
Public File Contact    Accessibility Statement
Scripps Media Trust Center    Closed Captioning Contact