# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO. 8:22-cr-259-WFJ-AEP

V.

OMALI YESHITELA,
    a/k/a "Joseph Waller,"
PENNY JOANNE HESS,
JESSE NEVEL,
    a/k/a "Jesse Nevelsky," and
AUGUSTUS C. ROMAIN, JR.,
    a/k/a "Gazi Kodzo"

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION IN LIMINE REGARDING PRIOR ARREST

Defendant Augustus C. Romain, Jr., has filed a Motion in Limine, arguing that the parties should not reference his pending criminal case in the State of Georgia, relating to racketeering and sodomy, among other crimes. The United States has no intention to mention these pending charges during trial.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:   /s/ Daniel J. Marcet
      Daniel J. Marcet
      Assistant United States Attorney
      Florida Bar No. 0114104
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Daniel.Marcet@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Ade Griffin, Esq.
    Leonard Goodman, Esq.
    Mutaqee Akbar, Esq.
    Mark J. O'Brien, Esq.

I hereby certify that on August 26, 2024, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

    Augustus C. Romain, Jr.
    Inmate ID: 54801510
    Citrus County Detention Facility
    2604 W Woodland Ridge Dr.
    Lecanto, FL 34461

    By:    s/ Daniel J. Marcet
    Daniel J. Marcet
    Assistant United States Attorney
    Florida Bar No. 0114104
    400 N. Tampa St., Suite 3200, Tampa, FL
    Daniel.Marcet@usdoj.gov | (813) 274-6028