UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 8:22-CR-259-WFJ-AEP |
| | : | |
| AUGUSTUS C. ROMAIN, JR. | : | |
| _____ | : | |

**DEFENDANT AUGUSTUS C. ROMAIN, JR.'S NOTICE OF APPEAL**

COMES NOW, undersigned counsel, on behalf of the Defendant, AUGUSTUS C. ROMAIN, JR., and files this his notice of appeal as to the conviction in the above styled case.

The Defendant does not appeal his sentence.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T: (813) 228-6989
E: mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on December 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire