UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 22-CR-259-WFJ-AEP

UNITED STATES OF AMERICA,

vs.

OMALI YESHITELA,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that the Defendant, OMALI YESHITELA, by and through the undersigned attorney, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, the final judgment entered by the District Court on December 16, 2024 (Docket 361) and the portions of all orders underlying the judgment that were adverse to Defendant.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                  */s/ Ade A. Griffin, Esq.*
                                 By:    ADE GRIFFIN
                                                    Florida Bar No. 0771961

ADE A. GRIFFIN, ESQ.
Griffin Inskeep Law, LLC
Harvey Building
224 Datura St, Suite 900
West Palm Beach, Florida 33401
ade@agtilaw.com
Pleadings: service@agtilaw.com
(561) 320-6006