UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cr-259-WFJ-AEP

UNITED STATES OF AMERICA

          Plaintiff,

vs.

OMALI YESHITELA,

          Defendant.
_____/

## MOTION TO ALLOW TRAVEL, WHILE ON PROBATION FOR DEFENDANTS, OMALI YESHITELA, PENNY HESS, AND JESSE NEVEL.

COMES NOW the Defendant, Omali Yeshitela, by and through undersigned counsel hereby files this Motion to Allow Travel while on Probation for Defendants, Omali Yeshitela, Penny Hess and Jesse Nevel, and as grounds in support of said motion states as follows:

1. Defendants, Omali Yeshitela, Penny Hess, and Jesse Nevel request permission to travel to the United Kingdom from Monday May 26, 2025, through Monday June 2, 2025, for the purpose of attending and speaking at the Oxford Union located at Frewin Court, Oxford,

1

OX1 3JB, Great Britain. (please refer to attached Oxford Union Invitation Letter).

2. All Three Defendants, Omali Yeshitela, Penny Hess and Jesse Nevel are currently serving a sentence consisting of three years probation. (Wherein travel is allowed with the permission of the Court and/or the Office of Probation).

3. During said travel to the UK, all special conditions of Probation will be adhered to.

4. Mutaqee Akbar, Esq (counsel for Jesse Nevel), along with Lennard Goodman, Esq (counsel for Penny Hess) are in agreement with this motion and request for travel on behalf of their respective clients.

5. Assistant United States Attorney, Daniel Marcet, has been contacted, and it is his position that "The United States defers to the Court as to whether to permit the travel."

6. The Defendants have complied with all terms of Probation and have not violated any conditions of Probation.

9. The Defendants have substantial ties to the Communities (Both the State of Florida and Missouri), including Spouses,

children and/or employment and are not a risk of flight.

10. Defendants hold valid United States Passports.

11. This Motion is brought in good faith and has been brought on behalf of all three Defendants, Omali Yeshitela, Penny Hess and Jesse Nevel, for the Courts convenience.

WHEREFORE, the Defendants, Omali Yeshitela, Penny Hess and Jesse Nevel request that this Court Grant the Motion to Travel While on Probation for the reasons stated herein.

Respectfully submitted,

ADE A. GRIFFIN, ESQ.
Griffin Inskeep Law, LLC
Harvey Building
224 Datura St, Suite 900
West Palm Beach, Florida 33401
ade@agtilaw.com
Pleadings: service@agtilaw.com
(561) 320-6006

/s/ *Ade A. Griffin, Esq.*
By:  ADE GRIFFIN
Florida Bar No. 0771961

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Ade A. Griffin, Esq.*
ADE GRIFFIN
Florida Bar No. 0771961



# the OXFORD UNION

**Anita Okunde**
**The President**
Direct: +44 (0) 7448956123
President@oxford-union.org

Dear Chairman Omali Yeshitela,

I hope this letter finds you well. I am writing to extend an invitation for you to speak at the Oxford Union in the second year after our Bicentenary.

The Oxford Union was founded in 1823 by a group of students pushing back against the University's restrictive free speech policies. As we look back on the last 200 years, we are proud to have hosted an incredible range of speakers: from leaders such as the Dalai Lama, President Nixon, and Her Late Majesty Queen Elizabeth II, to global icons like Morgan Freeman and Shakira. One of our most famous traditions is our debates, which ask the most pressing questions of our time. We would like to invite you to speak on the debate:

**The House Believes Africa must evict its colonial masters**

As a revolutionary leader, founder of the African People's Socialist Party, and lifelong advocate for the liberation of African people worldwide, your work has been a beacon of resistance against colonialism, imperialism, and systemic oppression. For decades, you have fearlessly challenged the structures of global white supremacy and tirelessly fought for the unity, self-determination, and empowerment of African people. Your unwavering commitment to Pan-Africanism and your profound understanding of the historical and ongoing struggles against colonialism offer a vital perspective on this critical issue. We believe your voice, rooted in decades of activism and revolutionary thought, would ignite a transformative dialogue, inspiring us to confront the legacies of colonialism and envision a future of true liberation and sovereignty for Africa and its diaspora. It would be an honor to have you join us for this historic debate.

This debate will be held on 29th May, 2025. If this would be of interest, please do let me know.
Please do not hesitate to contact me with any questions and I sincerely hope we will be able to welcome you to Oxford next term.

Yours,
Anita

**Anita Okunde**
The President
*Magdalen College*

The Oxford Union, Frewin Court, Oxford, OX1 3JB, Great Britain
Tel: +44 (0) 1865 241 353 Web: www.oxford-union.org